AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of California

| United States of America | ) |
| --- | --- |
| v. | ) |
| Justino Salazar-Torres, | ) Case No. 5:25-mj-00041-CDB |
| AKA Guadalupe Gonzalez-Perez, | ) |
| AKA Guadalupe Salazar-Beltran | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 26, 2025__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1326(a) and (b)(2) | Deported Alien Found in the United States Subsequent to an Aggravated Felony Conviction |
| | PENALTIES: |
| | 20 years imprisonment and/or $250,000 fine; |
| | 3 years supervised release; |
| | $100 special assessment |

This criminal complaint is based on these facts:

The defendant, a Mexican citizen and alien, was found in the County of Kern, on or about June 26, 2025, and the defendant's immigration file reflects that he had been removed from the United States on or about February 11, 2022; that he has a prior aggravated felony conviction, specifically Possession of Dangerous Drugs for Sale, to wit: Methamphetamine, on April 17, 2017, in violation of Arizona Revised Statute Section 13-3407(A)(2) in Apache County, Arizona; and that there is no indication that the defendant has received the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission.

☐ Continued on the attached sheet.

*Complainant's signature*

David Zamudio, ICE ERO Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 10, 2025

*Judge's signature*

City and state: Bakersfield, CA    Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*